UNITED STATES of America, Plaintiff–Appellee

v.

Dajour Drakkar GOODLEY, also known as Dajour Goodley, Defendant–Appellant.

No. 12–50342
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 16, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Dajour Drakkar Goodley, El Reno, OK, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The attorney appointed to represent Dajour Drakkar Goodley has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Goodley has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Goodley's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.